# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133937

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AUGUST LaVERN WILLIAMS,
      Plaintiff-Appellant,

v

                                   SC: 133937
                                   COA: 275511

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.
                                   Ionia CC: 06-025094-AH

_____/

      On order of the Court, the application for leave to appeal the May 4, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

                                             Clerk

l0723